# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1621. TRAVIS GEARIG v. CLARK GEARIG.
## A17A1622. GEARIG BROTHERS CIVILWORKS, LLC et al. v. CLARK GEARIG.

On December 1, 2016, the trial court granted plaintiff Clark Gearig access to certain business documents in a case Gearig filed pursuant to OCGA § 14-11-313. See Court of Appeals order entered on October 10, 2017. On December 6, 2016, defendants Travis Gearig, Gearig Brothers Civilworks, LLC, Gearig Farms, LLC, and Gearig Properties, LLC (collectively "Gearig Brothers") filed appeals from that order. The appeals were docketed in this Court as Case Nos. A17A1054 (Travis Gearig) and A17A1055 (Gearig Brothers Civilworks, Gearig Farms, and Gearig Properties). See October 10, 2017 order.

On December 15, 2016, Gearig Brothers filed in the trial court "Defendants' Joint Motion to Suspend Enforcement of Order Pending Appeal." In the motion, Gearig Brothers sought an order from the trial court staying and suspending enforcement of the trial court's December 1, 2016 order while the appeals from that order were pending. The trial court denied the joint motion on February 7, 2017.

In Case No. A17A1621, Travis Gearig appeals the trial court's February 7 "Order on Defendants' Joint Motion to Suspend Enforcement of Order Pending Appeal." In Case No. A17A1622, Gearig Brothers Civilworks, Gearig Farms, and Gearig Properties appeal the same order.

On October 10, 2017, this Court dismissed the appeals in Case Nos. A17A1054 and A17A1055 because the appellants failed to follow the interlocutory appeal procedures required for the appeals from the December 1, 2016 order. Inasmuch as

the appeals in Case Nos. A17A1054 and A17A1055 are no longer pending, the trial court's ruling on the joint motion to suspend enforcement of the December 1, 2016 order while those appeals are pending is now moot.

Accordingly, the appeals in Case Nos. A17A1621 and A17A1622 are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/07/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*